CAROL BEINHORN *v.* NICHOLAS A. SARACENO

The plaintiff's petition for certification for appeal from the Appellate Court, 23 Conn. App. 487, is denied.

*Joel M. Ellis,* in support of the petition.

*Alexandra Davis,* in opposition.

Decided February 5, 1991

STATE OF CONNECTICUT *v.* LINDA MURDICK

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 692, is denied.

*John R. Williams,* in support of the petition.

*James A. Killen,* assistant state's attorney, in opposition.

Decided February 5, 1991

STATE OF CONNECTICUT *v.* JAMES F. HICKEY

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 712, is denied.

*Edward J. Daly, Jr.,* in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided February 5, 1991

KIM DORSEY *v.* JACK C. MANCUSO

The defendant's petition for certification for appeal from the Appellate Court, 23 Conn. App. 629, is denied.

*William L. Ankerman,* in support of the petition.

*Norman F. Fishbein* and *Kim Dorsey,* pro se, in opposition.

Decided February 7, 1991